U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

OCT 2 1 2014

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

PATRICIA GUNDLACH,

                Plaintiff,

      v.

ST. MARY'S HEALTHCARE,

                Defendant.

------------------------------------------------------------------

**STIPULATION & ORDER
OF DISMISSAL**

Case No. 1:13-CV-1190

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their respective counsel, the attorneys of record to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other.

Dated: August 29, 2014

_____
Carlo deOliveira, Esq. #102664
Phillip G. Steck
COOPER, ERVING & SAVAGE
Attorneys for Plaintiff
39 North Pearl Street, Fourth Floor
Albany, NY 12207
Telephone: (518) 449-3900

Dated: October 10, 2014

_____
Michael D. Billok, Esq.

BOND, SCHOENECK & KING, PLLC
Attorneys for Defendants
111 Washington Avenue
Albany, New York 12210
Telephone: (518) 533-3000

IT IS SO ORDERED,

Dated: Oct. 21, 2014

_____
Hon. Thomas J. McAvoy, SUSDJ